IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TONY ANTHONY FAIR, JR., | * |
| Plaintiff, | * |
| v. | Case No.  5:21-cv-00243-TES-CHW |
| | * |
| NURSE WHITE, et al., | |
| | * |
| Defendants. | |
| | * |

## J U D G M E N T

Pursuant to this Court's Order dated March 18, 2022, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 18th day of March, 2022.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk